IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER,

    Plaintiff,                      No. CIV S-08-1910 GEB EFB P

    vs.

MARTEL, Warden,

    Defendant.                  ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an apparent attempt to bring an action brought under 42 U.S.C. § 1983. Currently before the court are plaintiff's November 17, 2008, letter and a motion for assistance filed the same date. Both documents ask for assistance from the court in filing a complaint and obtaining a certified copy of his prison trust account. For the reasons explained below, the request and motion are denied.

       On October 8, 2008, the court noted that plaintiff had not filed a complaint or paid the filing fee necessary to commence a civil action. *See* Fed. R. Civ. P. 3; 28 U.S.C. § 1914(a). Thus, the court gave plaintiff 30 days to file a complaint and either to pay the $350 filing fee or to seek leave to proceed *in forma pauperis*. 28 U.S.C. §§ 1914(a); 1915. The 30 days have passed and plaintiff has not filed a complaint. Neither has he submitted the filing fee or an application for leave to proceed *in forma pauperis*.

1

1   In his letter, plaintiff asserts that he has been denied access to the law library and
2 therefore cannot submit copies of a complaint. He also asserts that he requires access to the law
3 library in order to submit an application for leave to proceed *in forma pauperis*. Attached to the
4 letter are forms plaintiff asserts he submitted to prison staff in the Trust Account Office
5 authorizing them to deduct money from his trust account so he could procure paper, envelopes
6 and to make copies. He asserts that he cannot obtain adequate supplies. In his request for
7 intervention[1] he complains that he is in segregated housing and therefore cannot obtain the
8 supplies necessary to file a complaint or the information necessary to file an application to
9 proceed *in forma pauperis*. Attached to this request is a memorandum from the "Trust Office,"
10 which informs plaintiff that prison officials will not give prisoners certified copies of their trust
11 account statements. Instead, prisoners must follow instructions provided in that memorandum
12 and prison staff in the Trust Office will forward a completed *in forma pauperis* application to the
13 proper court. Nothing in the record suggests that plaintiff followed these instructions. Instead,
14 he complains that "rogue" prison officials and "defendants and their cohorts" intentionally are
15 interfering with plaintiff's ability to litigate his claims.

16   Having reviewed the record, and plaintiff's November 17 filings in particular, the court
17 finds that plaintiff has not complied with the October 8, 2008, order. Plaintiff has demonstrated
18 that he can file documents consisting of several pages. Thus, it appears that he can obtain the
19 supplies he needs to write a complaint and file it. He seems to have attempted to submit a
20 complete application for leave to proceed *in forma pauperis*, but was not successful in doing so.
21 ////
22 ////
23 ////

---

[1] Plaintiff calls ths document a "complaint and Motion for Injunctive Relief and an Order for Sanctions be Placed on C.D.C.R." In it, plaintiff complains of difficulties in submitting to the court a complaint and an *in forma pauperis* application, as opposed to alleging a specific cause of action. Therefore, the court does not construe it as a complaint.

Plaintiff may attempt once more to comply with the October 8, 2008, order.  In doing so, plaintiff must comply with the prison's instructions for submitting a complete application for leave to proceed *in forma pauperis*, and the guidelines for filing a complaint as set forth in the October 8 order.

Accordingly, it is ORDERED that:

1. Plaintiff's November 17, 2008, request for intervention is denied;

2. Within 30 days of the date of this order, plaintiff shall submit a complete application for leave to proceed *in forma pauperis* and a complaint.  Failure to comply with this order will result in a recommendation that this action be dismissed; and,

3. The Clerk of the Court shall send to plaintiff the form complaint and application for leave to proceed *in forma pauperis* by a prisoner.

Dated:  November 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE