IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER,

        Plaintiff,            No. CIV S-08-1910 GEB EFB P

    vs.

MARTEL, et al.,

        Defendants.         ORDER

                             /

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's March 26, 2009, motion is granted in part and plaintiff has 30 days from the date this order is served to file an amended complaint.

    So ordered.

DATED: April 22, 2009.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE